No. 01–9867. AUSTIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9868. ELLEDGE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9870. MORALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9871. CANTRELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9878. GRAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9883. CALLAHAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9884. NAGY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9889. CABA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–9890. EDWARDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9891. ROBINSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9892. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9894. WYNNE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–9895. WELLINGTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–921. ILLINOIS BELL TELEPHONE CO., DBA AMERITECH ILLINOIS *v.* WORLDCOM TECHNOLOGIES, INC., ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.